UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Michael M. Gordon, et al.
            **Plaintiffs**

vs.

Case No.: 1:25-cv-02409-JMC

Executive Office of the President, et al.
           **Defendants**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint

SERVE TO: Executive Office of the President

SERVICE ADDRESS: 1600 Pennsylvania Avenue, NW, Washington, DC 20500

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Executive Office of the President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 07/28/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1285 4533 80. Service was signed for on 08/04/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/08/2025

*Carrie Hollingshed*

Carrie Hollingshed

Client Ref Number:
Job #:13814442

UNITED STATES POSTAL SERVICE

August 4, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1285 4533 80**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | August 4, 2025, 5:06 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | EXECUTIVE OFFICE OF THE PRESIDENT |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *Justice 20530*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Executive Office of the President
1600 Pennsylvania Avenue, NW
Washington, DC 20500
Reference #: 13814442