AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MICHAEL M. GORDON, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02409-JMC |
| EXECUTIVE OFFICE OF THE PRESIDENT ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 09/16/2025

/s/ Harold Craig Becker
*Attorney's signature*

Harold Craig Becker, Esq. Bar No. 371239
*Printed name and bar number*

600 Pennsylvania Avenue S.E., Suite 15180
Washington, DC 20003

*Address*

craig@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*