# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,<br><br>   *Plaintiffs*,<br><br>       *v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT; PAMELA J. BONDI, in her official capacity as Attorney General; DEPARTMENT OF JUSTICE; and UNITED STATES OF AMERICA,<br><br>   *Defendants*. | No. 1:25-cv-02409-JMC |

## NOTICE OF APPEARANCE

Please take notice that I, Cesar Azrak, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enter my appearance as counsel of record for the defendants in the above-captioned matter.

NOVEMBER 25, 2025

*Respectfully submitted,*

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER HALL
DC Bar No. 468827
Assistant Branch Director

*/s/ Cesar Azrak*
CESAR AZRAK
DC Bar No. 90025888
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 538-3491
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*