UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,

   *Plaintiffs*,

       *v.*

EXECUTIVE OFFICE OF THE PRESIDENT, 1600 Pennsylvania Avenue NW, Washington, DC 20500;

PAMELA J. BONDI, in her official capacity as Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530;

DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue NW, Washington, DC 20530; and

UNITED STATES OF AMERICA, Washington, DC 20500;

   *Defendants*.

No. 1:25-cv-02409-JMC

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendants respectfully move the Court to dismiss Plaintiffs' Complaint in its entirety, with prejudice, for lack of jurisdiction. A memorandum of law in support and a proposed order are filed as attachments to this motion.

NOVEMBER 25, 2025

Respectfully submitted,

ERIC J. HAMILTON

Deputy Assistant Attorney General

CHRISTOPHER HALL
DC Bar No. 468827
Assistant Branch Director

<u>/s/ *Cesar Azrak*</u>
CESAR AZRAK
DC Bar No. 90025888
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 538-3491
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Cesar Azrak, hereby certify that on November 25, 2025, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

<u>*/s/ Cesar Azrak*</u>
Cesar Azrak

*Counsel for Defendants*