## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,<br><br>   *Plaintiffs*,<br><br>         *v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT; PAMELA J. BONDI, in her official capacity as Attorney General; DEPARTMENT OF JUSTICE; and UNITED STATES OF AMERICA,<br><br>   *Defendants*. | No. 1:25-cv-02409-JMC |

### [DEFENDANTS' PROPOSED] ORDER OF DISMISSAL

Having carefully considered the Parties' papers, arguments, and all other relevant materials, the Court concludes that it lacks jurisdiction to hear this case. Accordingly, Defendants' motion to dismiss for lack of jurisdiction is GRANTED with prejudice.

Date: _____        _____
                                                                     **Hon. Jia M. Cobb**
                                                                     United States District Judge

November 25, 2025                         Respectfully submitted,

                                                      ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER HALL
DC Bar No. 468827
Assistant Branch Director

*/s/ Cesar Azrak*
Cesar Azrak
DC Bar No. 90025888
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 538-3491
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

# APPENDIX

In keeping with LCvR 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this proposed order:

**Cesar Azrak**
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 538-3491
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*


**David A. Kolansky**
LOWELL & ASSOCIATES, PLLC
1250 H Street, NW
Second Floor
Washington, DC 20005
202-964-6110
dkolansky@lowellandassociates.com

**Bradley Prescott Moss**
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 454-2809
brad@markzaid.com

**Isabella M. Oishi**
LOWELL AND ASSOCIATES, PLLC
1901 L Street NW
Washington, DC 20036
202-282-5916
ioishi@lowellandassociates.com

**Mark Steven Zaid**
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW
Suite 700

Washington, DC 20036
202-498-0011
Mark@MarkZaid.com

**Norman Larry Eisen**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
202-594-9958
norman@statedemocracydefenders.org

**Abbe David Lowell**
LOWELL & ASSOCIATES, PLLC
1250 H St NW
Suite 250
Washington, DC 20005
202-508-4450
alowellpublicoutreach@lowellandassociates.com

**Harold Craig Becker**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
202-594-9958
craig@democracydefenders.org

*Counsel for Plaintiffs*