UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL M. GORDON, <br> PATRICIA A. HARTMAN, and <br> JOSEPH W. TIRRELL <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE <br> OF THE PRESIDENT <br><br> and <br><br> PAMELA J. BONDI, <br> in her official capacity as Attorney General <br> of the DEPARTMENT OF JUSTICE <br><br> and <br><br> DEPARTMENT OF JUSTICE <br><br> and <br><br> THE UNITED STATES OF AMERICA <br><br> *Defendants*. | Civil Action No. 1:25-cv-02409-JMC <br><br> Hon. Judge Jia M. Cobb |

**UNOPPOSED MOTION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Plaintiffs Michael Gordon, Patricia Hartman, and Joseph Tirrell (collectively, "Plaintiffs"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Civil Rule 7(m) of the Local Rules of the United States District Court for the District of Columbia, by and through undersigned counsel, respectfully move for an extension of time to respond Defendants' Motion to Dismiss the Complaint for lack of jurisdiction. (ECF No. 17.)  Plaintiffs move to extend the

1

time to respond to Defendants' Motion to Dismiss the Complaint by 14 days to December 23, 2025.  In support of this motion, Plaintiffs assert the following:

1. Plaintiffs filed the Complaint in this case on July 24, 2025.  (ECF No. 1.)

2. The Summons to Defendants and the United States Attorney's Office for the District of Columbia were issued on July 25, 2025.  (ECF Nos. 4, 6.)

3. Following the end of the government shutdown, Defendants filed a Motion to Dismiss the Complaint for lack of jurisdiction on November 25, 2025. (ECF No. 17.)

4. Pursuant to Local Civil Rule 7(b), an opposing party must serve and file a response in opposition within 14 days of the date of service or at such other time as the Court may direct.  Accordingly, Plaintiffs' deadline to respond to Defendants' Motion to Dismiss is December 9, 2025.

5. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure permits the Court to extend the time for answering, moving, or otherwise responding to the motion to dismiss the Complaint for good cause shown.  Good cause exists to extend Plaintiffs' deadline to respond to the motion by 14 days to December 23, 2025.  Plaintiffs' counsel is in the process of reviewing Defendants' motion to dismiss for lack of jurisdiction and assessing the appropriate response to the motion.  In addition, Plaintiffs' counsel has several pleading deadlines in other matters in the next few weeks.

6. This is Plaintiffs' first request for an extension to respond to Defendants' Motion to Dismiss the Complaint.  The Court has not entered a scheduling order in this case and granting the requested extension will not affect any previously set deadlines.

7. Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel conferred with government counsel, Cesar Azrak, via e-mail on December 2, 2025.  The government, through counsel, consents to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request the Court extend the time for Plaintiffs to file a response to the motion to dismiss the Complaint to Tuesday, December 23, 2025. A proposed order is attached to this motion.

Dated: December 3, 2025

*/s/ Abbe David Lowell*
Abbe David Lowell (DDC #358651)
David A. Kolansky (DDC #7680722)
Isabella M. Oishi (DDC #7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi Burakiewicz (DDC #473973)
BURAKIEWICZ AND DEPRIEST
1015 15th St NW, Suite 600
Washington, DC 20005
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Mark S. Zaid*
Mark S. Zaid (DDC #440532)
Bradley P. Moss (DDC #975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, DC 20036
T: (202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, SE, No. 15180
Washington, DC 20003
T: (202) 594-9958
craig@democracydefenders.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3${}^{rd}$ day of December, 2025, I filed the foregoing Unopposed Motion to Extend Plaintiffs' Time to Respond to Defendants' Motion to Dismiss the Complaint with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *David Kolansky*
David Kolansky

*Counsel for Plaintiffs*