# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT; PAMELA J. BONDI, in her official capacity as Attorney General; DEPARTMENT OF JUSTICE; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | No. 1:25-cv-02409-JMC |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

With Plaintiffs' consent, Defendants hereby move the Court for an extension of time in which to file any reply brief in support of their pending motion to dismiss for lack of jurisdiction. Currently, Plaintiffs' response to the motion is due by December 23, 2025. Pursuant to Local Civil Rule 7(d), Defendants would then have seven days in which to file a reply memorandum. Defendants now request that their deadline to file a reply be moved to January 20, 2026. In support of the motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on July 24, 2025, ECF #1, and served Defendants with process on August 4, 2025, *see* ECF #11–14.

2. After Defendants' typical response deadline was automatically stayed by this Court due to a lapse in appropriations funding the Department of Justice, Defendants timely filed their motion to dismiss on November 25, 2025. ECF #17.

3. With Defendants' consent, Plaintiffs then moved for an extension of time in which to file their response to Defendants' motion. ECF #18. By minute order on December 5, 2025, the Court granted the extension and set a new deadline of December 23, 2025.

4. Local Civil Rule 7(d) allows Defendants seven days from the date of service of Plaintiffs' response to file any reply in support of their motion to dismiss. If Plaintiffs file their response on the December 23, 2025, deadline, Defendants' reply would be due by December 30, 2025.

5. Due to the holiday season, Defendants' counsel will be out of the office for much of the seven-day period allowed by the local rules to prepare a reply. Further, Defendants' counsel is currently responsible for two briefs due in other matters on January 5, 2026, and January 9, 2026.

6. Accordingly, Defendants respectfully request an extension of the deadline to file any reply in support of their motion to dismiss to January 20, 2026, and ask that the Court enter an order to that effect.

7. Defendants have not previously sought an extension of time in which to file a reply in support of their motion to dismiss.

8. Pursuant to Local Civil Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel regarding this motion, and Plaintiffs expressed their consent to this extension of time.

A proposed order is attached to this motion.

D{.small}ECEMBER 22, 2025                                    *Respectfully submitted,*

                                                              ERIC J. HAMILTON
                                                              Deputy Assistant Attorney General
                                                              Civil Division

                                                              CHRISTOPHER HALL
                                                              DC Bar No. 468827
                                                              Assistant Branch Director
                                                              Federal Programs Branch

                                                              <u>*/s/ Cesar Azrak*</u>
                                                              C{.small}ESAR A{.small}ZRAK
                                                              DC Bar No. 90025888
                                                              Trial Attorney
                                                              United States Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              1100 L Street, NW
                                                              Washington, DC 20005
                                                              Telephone: (202) 305-0693
                                                              Email: cesar.e.azrak@usdoj.gov

                                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Cesar Azrak, hereby certify that on December 22, 2025, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ Cesar Azrak*
CESAR AZRAK

*Counsel for Defendants*