UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,<br><br>    *Plaintiffs*,<br><br>               *v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, PAMELA J. BONDI, in her official capacity as Attorney General, DEPARTMENT OF JUSTICE, and UNITED STATES OF AMERICA<br><br>    *Defendants*. | No. 1:25-cv-02409-JMC |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

In their Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction, Docket No. 21, filed on December 23, 2025, Plaintiffs argued that the President now takes the position that he can terminate Merit Systems Protection Board Administrative Judges without cause and without according any due process. *Id*. at 10-11.

On February 6, 2026, the Office of Personnel Management published a final rule in the Federal Register, *Improving Performance, Accountability and Responsiveness in the Civil Service*, RIN: 3206-AO80, 91 Fed. Reg. 5,580 (Feb. 6, 2026).

In the final rule, OPM states:

> The MSPB employs dozens of administrative judges to hear adverse action appeals. . . . MSPB AJs exercise substantial administrative authority because they decide whether to uphold or reverse employee removals, demotions, and long-term suspensions across the executive branch. If the CSRA is construed to prevent the President from waiving their adverse action procedures, then . . . chapter 75 cannot be constitutionally applied to MSPB administrative judges.

1

*Id*. at 5,635 (footnote omitted).

The final rule thus confirms Plaintiffs' contention that the President now takes the position that he can remove MSPB Administrative Judges without cause and without due process regardless of the contrary provisions in the CSRA.

Dated: February 18, 2026

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Isabella M. Oishi (DDC No. 7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 476973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Mark S. Zaid*
Mark S. Zaid (DDC No. 440532)
Bradley P. Moss (DDC No. 975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@markzaid.com
brad@markzaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (DDC No. 371239)
Norman L. Eisen (DDC No. 435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
norman@democracydefenders.org

*Counsel for Plaintiff*