**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL M. GORDON, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 25-02409 (JMC) |
| | * | |
| EXECUTIVE OFFICE OF THE | * | |
| PRESIDENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISION**

NOW COMES the Plaintiffs, by and through their undersigned counsel, to respectfully submit to the Court a decision issued on April 15, 2026, a copy of which is attached at Exhibit "1", by the U.S. District Court for the Eastern District of Virginia in *Comans v. Executive Office of the President et al.*, Civil Action No. 25-cv-01237-MSN-WEF, which involves similar issues relating to the Executive Branch use of Article II for the basis of employment termination, the Civil Service Reform Act and "channeling" to the Merit System Protect Board. The Honorable Michael S. Nachmanoff held that "Plaintiff's due process claims are not channeled away from this Court. In fact, jurisdiction in federal district court, and not the MSPB, is mandatory." *Id*. at \*4-5.

Date:   April 20, 2026

Respectfully Submitted,

 */s/ Mark S. Zaid*
Mark S. Zaid (DDC No. 440532)
Bradley P. Moss (DDC No. 975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@MarkZaid.com/Brad@MarkZaid.com

1

*/s/ Abbe David Lowell*
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Isabella M. Oishi (DDC No. 7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
norman@democracydefenders.org

*Counsel for Plaintiffs*

2