**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WASHINGTON, D.C.**

MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,

*Plaintiffs*,

*v.*

EXECUTIVE OFFICE OF THE PRESIDENT; PAMELA J. BONDI, in her official capacity as Attorney General; DEPARTMENT OF JUSTICE; and UNITED STATES OF AMERICA,

*Defendants*.

No. 1:25-cv-02409-JMC

## NOTICE OF WITHDRAWAL

Please take notice that I, Cesar Azrak, hereby withdraw my appearance as counsel of record for the defendants in the above-captioned matter. Defendants will continue to be represented by Steven Chasin.

JULY 21, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
DC Bar No. 90025888
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 538-3491
cesar.e.azrak@usdoj.gov

*Counsel for Defendants*