**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,<br><br>      *Plaintiffs*,<br><br>                  *v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, PAMELA J. BONDI, in her official capacity as Attorney General, DEPARTMENT OF JUSTICE, and UNITED STATES OF AMERICA<br><br>      *Defendants*. | No. 1:25-cv-02409-JMC |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

In their Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction, Docket No. 21, filed on December 23, 2025, Plaintiffs argued that this Court lacks jurisdiction over this case because the case is channeled to the Merit Systems Protection Board.

On July 21, 2026, Judge Michel S. Nachmanoff of the United States District Court for the Eastern District of Virginia, reaffirmed his prior holding that the District Court has jurisdiction over a parallel case. *Comans v. Executive Office of the President*, No. 1:25-cv-01237, ECF No. 64 at 6 n.1 (E.D. Va. July 21, 2026) (attached). The Court both reaffirmed its prior holding that the MSPB lacks jurisdiction over these cases in which federal employees are terminated *via* an assertion of Article II authority and adopted, as an alternative grounds for retaining jurisdiction, that "Congress did not intend for Plaintiff's claims to be channeled under *Thunder Basic Coal Co. v. Reich*, 510 U.S. 200 (1994), as articulated by Judge Furman in *Comey v. United States*

*Department of Justice*, No. 25-CV-7625 (JMF), 2026 WL 1142679 (S.D.N.Y. April 28, 2026)."

*Id*.

Dated: July 22, 2026

Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Isabella M. Oishi (DDC No. 7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocate
s.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com


/s/ *Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 476973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

/s/ *Mark S. Zaid*
Mark S. Zaid (DDC No. 440532)
Bradley P. Moss (DDC No. 975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@markzaid.com
brad@markzaid.com


/s/ *Harold Craig Becker*
Harold Craig Becker (DDC No. 371239)
Norman L. Eisen (DDC No. 435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
norman@democracydefenders.org


*Counsel for Plaintiff*