**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL M. GORDON *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 25-02409 (JMC) |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT *et al.* | * | |
| | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISION**

NOW COMES the Plaintiffs, by and through their undersigned counsel, to respectfully submit to the Court a decision issued on October 26, 2026, a copy of which is attached at Exhibit "1", by the U.S. District Court for the Southern District of New York in *Comey v. U.S. Dep't of Justice et al.*, Civil Action No. 25-cv-7625 (JMF), which addresses similar issues relating to the motions currently pending before this Court.

Date: October 26, 2026

Respectfully submitted,

*s/ Mark S. Zaid*
Mark S. Zaid (DDC No. 440532)
Bradley P. Moss (DDC No. 975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

*s/ Abbe David Lowell*
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Isabella M. Oishi (DDC No. 7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
norman@democracydefenders.org

*Counsel for Plaintiffs*