**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL M. GORDON, PATRICIA A. HARTMAN, and JOSEPH W. TIRRELL,

*Plaintiffs*,

*v.*

EXECUTIVE OFFICE OF THE PRESIDENT, PAMELA J. BONDI, in her official capacity as Attorney General, DEPARTMENT OF JUSTICE, and UNITED STATES OF AMERICA,

*Defendants*.

No. 1:25-cv-02409-JMC

**NOTICE OF ERRATA REGARDING OMITTED ATTACHMENT TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Errata to correct an inadvertent omission in the Notice of Supplemental Authority filed earlier today at ECF No. 34.

The attachment referenced in that Notice was inadvertently omitted from the filing. The omitted attachment is filed herewith as Exhibit 1.

No other changes are made to the original Notice.

Respectfully submitted,

Dated: November 12, 2026

Respectfully submitted,

/s/ *Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
craig@democracydefenders.org